KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216; 57 AD3d 941.

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216; 57 AD3d 941.

Motion by City of New York for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.

KENNETH J. LEWIS et al., Appellants, v NEW YORK STATE DEPARTMENT OF CIVIL SERVICE et al., Respondents.

MARGARET GODFREY et al., Appellants, v ANDREW J. SPANO et al., Respondents. NEW YORK STATE COMPTROLLER, Intervenor-Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 60 AD3d 216; 57 AD3d 941.

Motion by New York City Bar Association for leave to appear amicus curiae on the appeals herein granted only to the extent that the proposed brief is accepted as filed.